Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−10544−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael F Ruppe
   75 Musiker Ave.
   Randolph, NJ 07869

Social Security No.:
   xxx−xx−7614

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 3, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 181 − 175
Order Granting Application For Compensation for Kotulak & Company, P.C., fees awarded: $3,588.00, expenses awarded: $ (Related Doc # 175). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/3/2020. (zlh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 3, 2020
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-10544-JKS |
| Michael F Ruppe | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 03, 2020 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

**Recip ID        Recipient Name and Address**
acc            + Kotulak & Company, P.C., 1035 Route 46 East, Clifton, NJ 07013-2430

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

**Name            Email Address**

Alex Ryan Hess
            on behalf of Creditor Pierce Building Assoc  LP ahess@arhlawgroup.com

David L. Stevens
            on behalf of Debtor Michael F Ruppe dstevens@scura.com
            ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

David L. Stevens
            on behalf of Accountant Kotulak & Company  P.C. dstevens@scura.com,
            ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

Denise E. Carlon
            on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall

Case 20-10544-JKS    Doc 185    Filed 12/05/20    Entered 12/06/20 00:21:45    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com |
| Fran B. Steele | |
| | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Jill Manzo | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bankruptcy@fskslaw.com |
| Jill Manzo | |
| | on behalf of Creditor Community Lending Services LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@fskslaw.com |
| Laura M. Egerman | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca K. McDowell | |
| | on behalf of Creditor Customers Bank rmcdowell@slgcollect.com |
| Robert Davidow | |
| | on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com |
| Robert Davidow | |
| | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com |
| Roman B. Hirniak | |
| | on behalf of Interested Party Kevin Lewthwaite rbh@kmhmlawfirm.com |
| Roman B. Hirniak | |
| | on behalf of Interested Party Borough of Wharton Zoning and Housing Department rbh@kmhmlawfirm.com |
| Roman B. Hirniak | |
| | on behalf of Creditor Borough of Wharton rbh@kmhmlawfirm.com |
| Roman B. Hirniak | |
| | on behalf of Interested Party Pedro Moreno rbh@kmhmlawfirm.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | |
| | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers | |
| | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers | |
| | on behalf of Creditor Towd Point Mortgage Trust 2015-6 by U.S. Bank National Association as Indenture Trustee ecf@powerskirn.com |
| William M.E. Powers, III | |
| | on behalf of Creditor Towd Point Mortgage Trust 2015-6 by U.S. Bank National Association as Indenture Trustee ecf@powerskirn.com |
| William M.E. Powers, III | |
| | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 22