Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−10544−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael F Ruppe
    75 Musiker Ave.
    Randolph, NJ 07869

Social Security No.:
    xxx−xx−7614

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/23/21 at 10:00 AM

to consider and act upon the following:

*194* – Creditor's Certification of Default (related document:147 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 01/27/2021. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Egerman, Laura)

*200* – Debtor's Opposition in Opposition to Creditor's Certification of Default (related document:194 Creditor's Certification of Default (related document:147 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 01/27/2021. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by David L. Stevens on behalf of Michael F Ruppe. (Attachments: # 1 Certification of Counsel in Support of Debtor's Opposition # 2 Exhibit A to Certification of Counsel) (Stevens, David)

Dated: 1/28/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court