| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>SCURA, WIGFIELD, HEYER,<br>STEVENS & CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: 973-696-8391<br>dstevens@scura.com<br>David L. Stevens<br>*Counsel for Michael F. Ruppe* | **Order Filed on January 27, 2021**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>    **MICHAEL F. RUPPE,**<br><br>        Debtor. | Case No.: 20-10544<br><br>Chapter 11<br><br>Judge: John K. Sherwood<br><br>Hrg Date: 1/26/2021 @ 10:00am |

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

The relief set forth on the following page, numbered two through three, is hereby **ORDERED**.

**DATED: January 27, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Michael F. Ruppe
Case No.: 20-10544
Caption of Order: ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

A disclosure statement under chapter 11 of the Bankruptcy Code having been filed on January 26, 2021 (docket entry 197), referring to a plan under chapter 11 of the Code filed by the debtor Michael F. Ruppe (the "Plan"); and the Plan having been filed on January 26, 2021 (docket entry 198); and it having been determined after hearing on notice that the First Disclosure Statement contains adequate information:

IT IS ORDERED, and notice is hereby given, that:

A. The Disclosure Statement is approved, subject to the following additions which will be included in the Disclosure Statement to be transmitted in accordance with this order:

1. Class One.

    i. Description: A foreclosure action was not initiated in connection with the Muskier Property pre- or post-petition.

    ii. Treatment: The Class One holder shall have relief of stay to permit it to institute, or resume and prosecute to conclusion in the court of appropriate jurisdiction to pursue its rights in the Muskier Property, except that a foreclosure sale may not be scheduled sooner than six months following the Effective Date and may be extended by consent.

2. Class Seven.

    i. Description: A foreclosure action was not initiated in connection with the Muskier Property pre- or post-petition.

    ii. Treatment: The Class Seven holder shall have relief of stay to permit it to institute, or resume and prosecute to conclusion in the court of appropriate jurisdiction to pursue its rights in the Muskier Property, except that a foreclosure sale may not be scheduled sooner than six months following the Effective Date and may be extended by consent.

B. No later than January 29, 2021, the Plan, the Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee, as provided in Fed. R. Bankr.

P. 3017(d).

      C. If acceptances are filed for more than one plan, preferences among the plans so accepted may be indicated.

      D. February 23, 2021 is fixed as the last day for filing and serving written objections to the confirmation of the Plan.

      E. February 23, 2021 is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1.

      F. A hearing shall be held on March 2, 2021 at 10:00 am for confirmation of the Plan before the Honorable John K. Sherwood, United States Bankruptcy Court, District of New Jersey, Newark, New Jersey, in Courtroom 3D.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 20-10544-JKS

Michael F Ruppe                                                                                   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2
Date Rcvd: Jan 27, 2021     Form ID: pdf903       Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michael F Ruppe, 75 Musiker Ave., Randolph, NJ 07869-4602 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, PO Box 2031, Wayne, NJ 07470, 9 07474-2031 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021                     Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alex Ryan Hess | |
| | on behalf of Creditor Pierce Building Assoc LP ahess@arhlawgroup.com |
| David L. Stevens | |
| | on behalf of Debtor Michael F Ruppe dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| David L. Stevens | |
| | on behalf of Accountant Kotulak & Company P.C. dstevens@scura.com, ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Jill Manzo | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bankruptcy@fskslaw.com |
| Jill Manzo | on behalf of Creditor Community Lending Services  LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@fskslaw.com |
| Kathleen M Magoon | on behalf of Creditor WELLS FARGO BANK  N.A. kmagoon@logs.com, kathleenmagoon@gmail.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca K. McDowell | on behalf of Creditor Customers Bank rmcdowell@slgcollect.com |
| Roman B. Hirniak | on behalf of Interested Party Kevin Lewthwaite rbh@kmhmlawfirm.com |
| Roman B. Hirniak | on behalf of Interested Party Borough of Wharton Zoning and Housing Department rbh@kmhmlawfirm.com |
| Roman B. Hirniak | on behalf of Creditor Borough of Wharton rbh@kmhmlawfirm.com |
| Roman B. Hirniak | on behalf of Interested Party Pedro Moreno rbh@kmhmlawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Towd Point Mortgage Trust 2015-6  by U.S. Bank National Association as Indenture Trustee ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Towd Point Mortgage Trust 2015-6  by U.S. Bank National Association as Indenture Trustee ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |

TOTAL: 22