UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 20-10544 |
| Michael Ruppe | Chapter: | 11 |
| | Judge: | Hon. John K. Sherwood |

## NOTICE OF PROPOSED PRIVATE SALE

_____Michael Ruppe_____, _____the Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Clerk, US Bankruptcy Court - District of New Jersey
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____John K. Sherwood_____ on _____February 23, 2021_____ at _____10:00_____ a.m. at the United States Bankruptcy Court, courtroom no. _____3D_____, _____50 Walnut Street Newark, NJ 07102_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 230 W. Blackwell Street, Dover, New Jersey

Proposed Purchaser: Manuel Cueva

Sale price: $334,900.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Rob Sivori of United Real Estate; Counsel - Scura, WIgfield, Heyer, Steve |
| Amount to be paid: | 6% of sales price for Realtor; Amount approved by Court for Counsel |
| Services rendered: | The Realtor has marketed the property, qualified potential buyers, assisted with the sale negotiations, and provided other similar services if requested by the Debtor.<br>Debtor's counsel assisted with legal services to obtain orders permitting the sale and effectuating closing of Property which has direct benefit to estate. Allowances approved, seeking payment from sale proceeds. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: David L. Stevens, Esq.- Scura, Wigfield, Heyer, Stevens & Cammarota, LLP.

Address: 1599 Hamburg Turnpike, Wayne, New Jersey 07470

Telephone No.: (973) 696-8391

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-10544-JKS |
| Michael F Ruppe | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 02, 2021 | Form ID: pdf905 | Total Noticed: 109 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michael F Ruppe, 75 Musiker Ave., Randolph, NJ 07869-4602 |
| aty | + | Ronald M. Tucker, 225 W. Washington St., Indianapolis, IN 46204-3435 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, PO Box 2031, Wayne, NJ 07470, 9 07474-2031 |
| cr | + | Customers Bank, c/o Saldutti Law Group, Rebecca K. McDowell, Esquire, 800 N Kings Highway, Suite 300 Cherry Hill, NJ 08034-1511 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| acc | + | Kotulak & Company, P.C., 1035 Route 46 East, Clifton, NJ 07013-2430 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| op | | ROBERT SIVORI, GREEN LIGHT MANAGEMENT, 480 MCBRIDE AVENUE, PATERSON, NJ 07501 |
| r | + | Robert Sivori, United Real Estate, 18-19 River Road, Suite B, Fair Lawn, NJ 07410-1202 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518659059 | + | 3-C Millwork, Attn: President / Vice President / C.E.O, Responsible Agent, 3363 Highway 301 N., Wilson, NC 27893-7990 |
| 518659062 | + | Amazing Lash Studio Headquaters, Attn: Franchise Leasing, 9383 E. Bahia Dr., Suite 110, Scottsdale, AZ 85260-1015 |
| 518659061 | + | Amazing Lash Studio Headquaters, Attn: President / Vice President / C.E.O, Responsibe Agent, 9383 E. Bahia Dr., Suite 110, Scottsdale, AZ 85260-1015 |
| 518659064 | + | Arnall Golden Gregory, LLP, Attn: John L. Neville, Esq., 171 17th Street, Suite 2100, Atlanta, GA 30363-1031 |
| 518659066 | | Bamboo HR, LLC, Attn: President / Vice President / C.E.O, Responsible Agent, 335 South 500 West, Lindon, UT 84042 |
| 518659067 | + | Barbara Franco, 230 Blackwell St., 2nd Fl., Dover, NJ 07801-3857 |
| 518659068 | + | Bellweather Properties of Massachusets, Limited Partnership, P.O. Box 77821, Chicago, IL 60677-0001 |
| 518659069 | + | Bellwether Properties, of Massachusetts Limited, M.S. Management Associates, Inc., 225 West Washington Street, Indianapolis, IN 46204-3435 |
| 518659070 | + | Bellwether Properties, of Massachusetts Limited Partnership, M.S. Management Associates, Inc., 225 West Washington Street, Indianapolis, IN 46204-3435 |
| 518714167 | + | Bellwether Properties of Massachusetts Limited Par, c/o Simon Property Group, 225 West Washington Street, Indianapolis, IN 46204-3435 |
| 518659071 | + | Bill Iselin, Town of Dover, Housing & Zoning, 37 North Sussex Street, Dover, NJ 07801-3906 |
| 518659072 | + | BlueStreak, Attn: President / Vice President / C.E.O, Responsible Agent, 25001 Emery Rd., Suite 400, Cleveland, OH 44128-5627 |
| 518704030 | + | Bluestreak Consulting Onyx Creative, Carole Sandexson, 25001 Emery Rd #400, Cleveland, OH 44128-5627 |
| 518659074 | + | Brandon Figueroa, 81 Pine Street, 2nd Fl., Wharton, NJ 07885-1637 |
| 518659085 | | CSC Global, Attn: President / Vice President / C.E.O, Responsible Agent, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| 518659077 | + | Ceterus Financial, 804 Meeting St., Suite 101, Charleston, SC 29403-3150 |
| 518659080 | + | Chick Moreno & Kevin Lewthwaite, Borough of Wharton, Housing & Zoning, 10 Robert Street, Wharton, NJ 07885-1949 |
| 518659081 | + | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518659082 | + | Clayton Kendall, Attn: President / Vice President / C.E.O, Responsible Agent, 167 Dexter Dr., Monroeville, PA 15146-1034 |
| 518659084 | | Cole Owen, Office: 480.535.2310, Avertium LLC, P.O. Box 45756, Baltimore, MD 21297-5756 |
| 518659088 | + | Daniel Michels, GF55 Partners Architect, 19 W. 21st St., New York, NY 10010-6805 |
| 518659089 | + | David & Dora Garces, 81 Pine Street, 1st Floor, Wharton, NJ 07885-1637 |
| 518659090 | + | David Schwarzman, Chad Griller, ZVI Contrsuction, 131 Dummer St., Brookline, MA 02446-3628 |
| 518659092 | + | Equity Residential, Hudson Point Apartments, 131 Dudley Street, Jersey City, NJ 07302-4606 |
| 518659094 | #+ | Fanny Rosas & Jose Rosas Huerta, 82 Pequannock St., Dover, NJ 07801-3928 |
| 518659095 | + | FranFund, 505 Main St., Suite 200, Fort Worth, TX 76102-5468 |
| 518659098 | + | GF55 Partners Architect, Attn: President / Vice President / C.E.O, Responsible Agent, 19 W. 21st St., New York, NY 10010-6805 |
| 518659096 | + | Gables Residential - Arsenal Street, Attn: President / Vice President / C.E.O, Responsible Agent, 204 Arsenal Street, Watertown, MA 02472-2781 |
| 518770400 | + | Gables Residential - Arsenal Street Attn: Presiden, 204 Arsenal Street, Watertown, MA 02472-2781 |
| 518659099 | + | Heidy Medranda & Elvis Moreria, 56 Fern Ave., Wharton, NJ 07885-2229 |
| 518659100 | + | Home Depot Headquarters, 2455 Paces Ferry Rd., SE, Atlanta, GA 30339-6444 |
| 518659101 | #+ | Huan Zou, 131 Dudley Street, Apt. 102, Jersey City, NJ 07302-4657 |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: pdf905 | Total Noticed: 109 |

| | | |
|---|---|---|
| 518659105 | + | JP Morgan Chase, Attn: President / Vice President / C.E.O, Responsible Agent, 202 Ridge Road, Lyndhurst, NJ 07071-1659 |
| 518731072 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518659104 | #+ | John Eppig, 10 Huff Street, Wharton, NJ 07885-2305 |
| 518659106 | + | Lizeth Coronado, 39 Celsius Web Marketing Consulting, 32605 Temecula Pkwy, Suite 212, Temecula, CA 92592-6839 |
| 518659107 | + | Local Search Masters, Attn: President / Vice President / C.E.O, Responsible Agent, 1037 Jefferson St., Nashville, TN 37208-2554 |
| 518659108 | #+ | Lou Munguia & Kristen Tompkins, 12 Hufft Street, Wharton, NJ 07885-2305 |
| 518659111 | | MH Tank CO., New York, Attn: President / Vice President / C.E.O, Responsible Agent, Warwick, NY 10990 |
| 518659109 | + | Maria Laiton & Dario Rodriguez, 230 W. Blackwell St., 1st Fl., Dover, NJ 07801-3857 |
| 518659110 | + | Massachusetts Department of Revenue, P.O. Box 7000, Boston, MA 02204-7000 |
| 518659112 | + | Mr. Cooper, Attn: President / Vice President / C.E.O, Responsible Agent, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518723524 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 518659113 | + | National Grid, Attn: President / Vice President / C.E.O, Responsible Agent, P.O. Box 11735, Newark, NJ 07101-4735 |
| 518668677 | + | Nationstar Mortgage LLC, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518659114 | + | New Jersey Natural Gas, 1415 Wyckoff Road, PO Box 1464, Belmar, NJ 07719-1464 |
| 518659115 | + | Over The Top Marketing, Attn: President / Vice President / C.E.O, Responsible Agent, 23522 El Toro Rd., Suite 204, Lake Forest, CA 92630-4763 |
| 518659116 | + | Paola Mella, Miguel Rodriguez &, Eriko Martinez, 84 Pequannock St., Dover, NJ 07801-3928 |
| 518659117 | + | Paris Ackerman, LLP, c/o Karen E. Abrams, Esq., 103 Eisenhower Parkway, Roseland, NJ 07068-1031 |
| 518659120 | + | Pierce Building Associates LP, 31 St. James Ave., Suite 1020, Boston, MA 02116-4116 |
| 518659118 | + | Pierce Building Associates LP, c/o Capital Properties Management, Inc., 31 St. James Ave., Suite 1020, Boston, MA 02116-4116 |
| 518659119 | + | Pierce Building Associates LP, Attn: Legal, c/o Capital Properties, 115 Broadway, New York, NY 10006-1604 |
| 518729587 | + | Pierce Building Associates, LP, c/o Capital Properties, 31 St. James Avenue, Suite 1020, Boston, MA 02116-4116 |
| 518659121 | + | Rich Durante & Tureka Mitchell, Tie National, 2280 White Oak Circle, Suite 108, Aurora, IL 60502-4802 |
| 518659122 | + | Ridge Construction Inc., Attn: President / Vice President / C.E.O, Responsible Agent, 280 Towne Center Dr., North Brunswick, NJ 08902-1230 |
| 518659123 | | Rogin Nassau LLC, Attn: Gregory C. Weaver, Esq., CityPlace I - 22nd Floor, Hartford, CT 06103 |
| 518659125 | + | Ruppe Group Holdings - Brookline MA-LLC, 75 Musiker Ave, Randolph, NJ 07869-4602 |
| 518659126 | + | Ruppe Group Holdings - Burlington MA-LLC, 1334 Beacon Street, Brookline, MA 02446-3201 |
| 518659127 | + | Salon Clouds, South Jersey Technology Park, 107 Gilbreth Pkwy., Mullica Hill, NJ 08062-4446 |
| 518659128 | + | Simon Moreira, Simon Heating & Cooling, 254 North Main Street, Wharton, NJ 07885-1611 |
| 518689223 | + | Simon Property Group, L.P., Attn: Ronald M. Tucker, Esq., 225 West Washington Street, Indianapolis, IN 46204-3438 |
| 518935615 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518659130 | | State Farm Insurance - Home, Attn: President / Vice President / C.E.O, Responsible Agent, P.O. Box 588002, North Metro, GA 30029-8002 |
| 518659131 | + | State of New Jersey Division of Taxation, Compliance & Enforcement - Compliance, 50 Barrack Street, 9th Floor, Trenton, NJ 08695-0001 |
| 518659132 | + | Stephen Vaporis & Molly Bach, 9 Baker Ave., Wharton, NJ 07885-2106 |
| 518659133 | + | Susan Lischinsky, Wellness and Vitality Exchange, 2400 W. Union Hills Drive, Suite 150, Phoenix, AZ 85027-5193 |
| 518659135 | + | Tamkin & Hochberg, LLP, Attn: Johnathan D. Tamkin, Esq., 313 Washington Street, Suite 202, Newton, MA 02458-1666 |
| 518659136 | + | Teddy Velez, 180 Randolph Street, Apt. C, Passaic, NJ 07055-2643 |
| 518659137 | + | The Patch, Legal Department, 134 W. 29th St., 11th Fl., New York, NY 10001-5304 |
| 518693971 | | Towd Point Mortgage Trust 2015-6 by U.S. Bank, c/o Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan, MN 55121-7700 |
| 518659138 | + | Town of Dover NJ - Sewer, 37 N. Sussex Street, Dover, NJ 07801-4099 |
| 518659139 | + | Town of Dover NJ - Water, 37 N. Sussex Street, Dover, NJ 07801-4099 |
| 518659140 | + | WellBiz Brands Headquarters, Attn: President / Vice President / C.E.O, Responsible Agent, 9780 Meridian Blvd., Suite 400, Englewood, CO 80112-6072 |
| 518659141 | + | Wells Fargo Bank, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |
| 518746502 | + | Wells Fargo Bank, N.A., Attention: Payment Processing, MAC# F2302-04C, 1 Home Campus, Des Moines IA 50328-0001 |
| 518682761 | | Wells Fargo Bank, N.A., Attn: Default Document Processing, 1000 Blue Gentian Road, MAC# N9286-01Y, Eagan, MN 55121-7700 |
| 518682848 | | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 518659142 | | Wells Fargo Home Mor, Attn: President / Vice President / C.E.O, Responsible Agent, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 518659143 | | Wells Fargo Home Mor, Attn: Pres, Responsible Agent, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 518659147 | + | Wells Fargo Home Mortgage, Attn: President / Vice President / C.E.O, Responsible Agent, P.O. Box 10437, Des Moines, IA 50306-0437 |
| 518770398 | + | Westgate Resorts, Central Florida Investments, Inc. Corpor, 5601 Windhover Drive, Orlando, FL 32819-7905 |
| 518659148 | | Wharton Borough - Sewer, 11 Robert St., Wharton, NJ 07885 |
| 518659149 | | Wharton Borough - Water, 11 Robert St., Wharton, NJ 07885 |
| 518659150 | + | WorldPay Intergrated Payments, 150 Mercury Village Drive, Durango, CO 81301-8955 |
| 518659151 | + | ZipWhip, Attn: President / Vice President / C.E.O, Responsible Agent, 300 Elliott Ave., W., Suite 500, Seattle, WA 98119-4114 |

TOTAL: 95

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: pdf905 | Total Noticed: 109 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 02 2021 21:29:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 02 2021 21:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 02 2021 21:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518774893 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 02 2021 21:29:00 | BAYVIEW LOAN SERVICING, LLC, 4425 PONCE DE LEON BLVD, 5TH FLOOR, BK DEPT, CORAL GABLES, FL 33146-1873 |
| 518659076 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 02 2021 21:27:51 | Capital One, AttnPresident / Vice President / C.E.O, Responsible Agent, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518659075 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 02 2021 21:27:34 | Capital One, Attn: President / Vice President / C.E.O, Responsible Agent, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518715416 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 02 2021 21:39:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518659081 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2021 21:39:56 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518990607 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 02 2021 21:29:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518659087 | + Email/Text: collections@customersbank.com | Feb 02 2021 21:30:00 | Customers Bank, 99 Bridge St., Phoenixville, PA 19460-3411 |
| 518659086 | + Email/Text: collections@customersbank.com | Feb 02 2021 21:30:00 | Customers Bank, Attn: President / Vice President / C.E.O, Responsible Agent, 99 Bridge St., Phoenixville, PA 19460-3411 |
| 518659078 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 02 2021 21:27:33 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518659079 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 02 2021 21:27:50 | Chase Mortgage, Attn: President / Vice President / C.E.O, Responsible Agent, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 518721379 | + Email/Text: apbankruptcy@us.ngrid.com | Feb 02 2021 21:30:00 | National Grid, 300 Erie Blvd. W, Syracuse, NY 13202-4250 |
| 518659129 | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Feb 02 2021 21:29:00 | State Farm Insurance - Auto, Attn: President / Vice President / C.E.O, Responsible Agent, PO Box 588002, North Metro, GA 30029-8002 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518659060 | | 39 Celsius Web Marketing Consulting, Attn: President / Vice President / C.E.O, Responsible Agent, 32605 Temecula Pkwy., Suite 212 |
| 518659103 | | JCP&L - Electric |
| 518659124 | | Ruppe Group Development, Inc. |
| 518659063 | *+ | Amazing Lash Studio Headquaters, Attn: Franchise Leasing, 9383 E. Bahia Dr., Suite 110, Scottsdale, AZ 85260-1015 |
| 518659065 | *+ | Arnall Golden Gregory, LLP, Attn: John L. Neville, Esq., 171 17th Street, Suite 2100, Atlanta, GA 30363-1031 |
| 518659073 | *+ | BlueStreak, Attn: President / Vice President / C.E.O, Responsible Agent, 25001 Emery Rd., Suite 400, Cleveland, OH 44128-5627 |
| 518659083 | *+ | Clayton Kendall, Attn: President / Vice President / C.E.O, Responsible Agent, 167 Dexter Dr., Monroeville, PA 15146-1034 |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: pdf905 | Total Noticed: 109 |

| | | |
|---|---|---|
| 518990608 | *+ | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518659091 | *+ | David Schwarzman, Chad Griller, ZVI Contrsuction, 131 Dummer St., Brookline, MA 02446-3628 |
| 518659093 | *+ | Equity Residential, Hudson Point Apartments, 131 Dudley Street, Jersey City, NJ 07302-4606 |
| 518770399 | *+ | Equity Residential, Hudson Point Apartments, 131 Dudley Street, Jersey City, NJ 07302-4606 |
| 518659097 | *+ | Gables Residential - Arsenal Street, Attn: President / Vice President / C.E.O, Responsible Agent, 204 Arsenal Street, Watertown, MA 02472-2781 |
| 518659102 | *+ | Internal Revenue Servuce, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518729588 | *+ | Pierce Building Associates, LP, c/o Capital Properties, 31 St. James Avenue, Suite 1020, Boston, MA 02116-4116 |
| 518935616 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518935730 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518935731 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518939185 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518939186 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518659134 | *+ | Susan Lischinsky, Wellness and Vitality Exchange, 2400 W. Union Hills Drive, Suite 150, Phoenix, AZ 85027-5193 |
| 518721401 | * | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 518659144 | * | Wells Fargo Home Mor, Attn: President / Vice President / C.E.O, Responsible Agent, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 518659145 | * | Wells Fargo Home Mor, Attn: President / Vice President / C.E.O, Responsible Agent, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 518659146 | * | Wells Fargo Home Mor, Attn: President / Vice President / C.E.O, Responsible Agent, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 3 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021                              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:

**Name**          **Email Address**

Alex Ryan Hess
                  on behalf of Creditor Pierce Building Assoc  LP ahess@arhlawgroup.com

David L. Stevens
                  on behalf of Debtor Michael F Ruppe dstevens@scura.com
                  ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

David L. Stevens
                  on behalf of Accountant Kotulak & Company  P.C. dstevens@scura.com,
                  ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

Denise E. Carlon
                  on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
                  on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
                  on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Fran B. Steele

Case 20-10544-JKS    Doc 211    Filed 02/04/21    Entered 02/05/21 00:16:04    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: pdf905 | Total Noticed: 109 |

| | |
|---|---|
| | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Jill Manzo | |
| | on behalf of Creditor Community Lending Services LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@fskslaw.com |
| Jill Manzo | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bankruptcy@fskslaw.com |
| Kathleen M Magoon | |
| | on behalf of Creditor WELLS FARGO BANK N.A. kmagoon@logs.com, kathleenmagoon@gmail.com |
| Laura M. Egerman | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca K. McDowell | |
| | on behalf of Creditor Customers Bank rmcdowell@slgcollect.com |
| Roman B. Hirniak | |
| | on behalf of Interested Party Pedro Moreno rbh@kmhmlawfirm.com |
| Roman B. Hirniak | |
| | on behalf of Interested Party Kevin Lewthwaite rbh@kmhmlawfirm.com |
| Roman B. Hirniak | |
| | on behalf of Interested Party Borough of Wharton Zoning and Housing Department rbh@kmhmlawfirm.com |
| Roman B. Hirniak | |
| | on behalf of Creditor Borough of Wharton rbh@kmhmlawfirm.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | |
| | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers | |
| | on behalf of Creditor Towd Point Mortgage Trust 2015-6 by U.S. Bank National Association as Indenture Trustee ecf@powerskirn.com |
| William M.E. Powers | |
| | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | |
| | on behalf of Creditor Towd Point Mortgage Trust 2015-6 by U.S. Bank National Association as Indenture Trustee ecf@powerskirn.com |
| William M.E. Powers, III | |
| | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 22