UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: 973-696-8391
David L. Stevens
dstevens@scura.com
Counsel to the Debtor

In Re:

MICHAEL RUPPE,

    Debtor.

| | |
|---|---|
| Case No.: | 20-10544 |
| Chapter: | 11 |
| Judge: | Hon. John K. Sherwood |

**FILED**
JEANNE A. NAUGHTON, CLERK
**MARCH 18, 2021**
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY: *Ronnie Plasner*
JUDICIAL ASSISTANT

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

**(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: March 18, 2021

After review of the application of  the Debtor, Michael Ruppe  for a reduction of time for a hearing on  Motion toAuthorize Sale of Real Property located at 75 Muskier AveRandolphNJ  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  March 23, 2021  at  10:00 am  in the United States Bankruptcy Court,  50 Walnut Street, Newark, NJ 07102 , Courtroom No.  3D  .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:  U.S. Trustee, N.J. Attorney General, Internal Revenue Service, N.J. Division of Taxation, Municipal taxing authorities, all Utilities, Wells Fargo Bank, N.A., all lien and judgment holders, all secured creditors, any and all persons with an ownership interest in the property, and all persons requesting notice 

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:  all unsecured creditors 

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  U.S. Trustee and Wells Fargo Bank, N.A. (via LOGS Legal Group LLP) 

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.3/23/20*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 20-10544-JKS
Michael F Ruppe                                                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                                   Page 1 of 2
Date Rcvd: Mar 18, 2021                  Form ID: pdf903                               Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael F Ruppe, 460 Memorial Blvd., Apt. 8, Bayonne, NJ 07002-6097 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, PO Box 2031, Wayne, NJ 07470, 9 07474-2031 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021              Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alex Ryan Hess | on behalf of Creditor Pierce Building Assoc  LP ahess@arhlawgroup.com |
| David L. Stevens | on behalf of Debtor Michael F Ruppe dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| David L. Stevens | on behalf of Accountant Kotulak & Company  P.C. dstevens@scura.com, ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Elizabeth L. Wassall
    on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
    on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Fran B. Steele
    on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Jill Manzo
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bankruptcy@fskslaw.com

Jill Manzo
    on behalf of Creditor Community Lending Services  LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@fskslaw.com

Kathleen M Magoon
    on behalf of Creditor WELLS FARGO BANK  N.A. kmagoon@logs.com, kathleenmagoon@gmail.com

Laura M. Egerman
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Rebecca K. McDowell
    on behalf of Creditor Customers Bank rmcdowell@slgcollect.com

Roman B. Hirniak
    on behalf of Interested Party Kevin Lewthwaite rbh@kmhmlawfirm.com

Roman B. Hirniak
    on behalf of Interested Party Borough of Wharton Zoning and Housing Department rbh@kmhmlawfirm.com

Roman B. Hirniak
    on behalf of Creditor Borough of Wharton rbh@kmhmlawfirm.com

Roman B. Hirniak
    on behalf of Interested Party Pedro Moreno rbh@kmhmlawfirm.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor Towd Point Mortgage Trust 2015-6  by U.S. Bank National Association as Indenture Trustee ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Towd Point Mortgage Trust 2015-6  by U.S. Bank National Association as Indenture Trustee ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 22