UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 20-027228
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.

Order Filed on March 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

MICHAEL F. RUPPE, DEBTOR

CASE NO.: 20-10544-JKS

JUDGE: HONORABLE JOHN K. SHERWOOD

CHAPTER: 11

**CONSENT ORDER RESOLVING OBJECTION TO MOTION TO SELL REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: March 26, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter being opened to the Court by David L. Stevens, Esq., Attorney for the Debtor, upon the filing of a Notice of Motion to Sell Real Property located at 75 Musiker Avenue, Randolph, NJ 07869, and LOGS Legal Group LLP, Attorneys for Wells Fargo Bank, N.A., hereinafter "Secured Creditor," upon the filing of an Objection to Motion to Sell Real Property, and due notice of said Objection having been given to the Debtors and the attorney for the Debtors, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtor must sell the real property located at 75 Musiker Avenue, Randolph, NJ 07869 within ninety (90) days of the entry of this Order.

2. Secured Creditor will provide to Debtor updated payoff letters upon notice from the Debtor of a scheduled closing date.

3. The sale must fully payoff and satisfy Secured Creditor's claims secured to real property located at 75 Musiker Avenue, Randolph, NJ 07869 (POC Nos.: 12 & 1). Debtor agrees to remit funds directly from the closing of this sale to Secured Creditor to fully satisfy these claims. Any sale short of a full payoff of both claims is subject to Secured Creditor's final approval.

4. Secured Creditor agrees this Order resolves the Objection to Motion to Sell filed on March 22, 2021; ECF Doc.: 236.

5. The terms of this Order shall be deemed incorporated into any Order granting Debtor's Motion to Sell Real Property as may be entered by the Court.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

*/s/Elizabeth L. Wassall*  Date: 3-22-2021
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor


*David L. Stevens*  Date: March 22, 2021
David L. Stevens, Esquire
Attorney for the Debtor

United States Bankruptcy Court

District of New Jersey

In re:  
Michael F Ruppe  
    Debtor

Case No. 20-10544-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 26, 2021      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael F Ruppe, 460 Memorial Blvd., Apt. 8, Bayonne, NJ 07002-6097 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, PO Box 2031, Wayne, NJ 07470, 9 07474-2031 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

**Name**      **Email Address**

Alex Ryan Hess  
     on behalf of Creditor Pierce Building Assoc LP ahess@arhlawgroup.com

David L. Stevens  
     on behalf of Debtor Michael F Ruppe dstevens@scura.com  
     ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

David L. Stevens  
     on behalf of Accountant Kotulak & Company P.C. dstevens@scura.com,  
     ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

Denise E. Carlon  
     on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Case 20-10544-JKS    Doc 241    Filed 03/28/21    Entered 03/29/21 00:19:55    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 26, 2021 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Jill Manzo | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bankruptcy@fskslaw.com |
| Jill Manzo | on behalf of Creditor Community Lending Services LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@fskslaw.com |
| Kathleen M Magoon | on behalf of Creditor WELLS FARGO BANK N.A. kmagoon@logs.com, kathleenmagoon@gmail.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca K. McDowell | on behalf of Creditor Customers Bank rmcdowell@slgcollect.com |
| Roman B. Hirniak | on behalf of Interested Party Kevin Lewthwaite rbh@kmhmlawfirm.com |
| Roman B. Hirniak | on behalf of Interested Party Borough of Wharton Zoning and Housing Department rbh@kmhmlawfirm.com |
| Roman B. Hirniak | on behalf of Creditor Borough of Wharton rbh@kmhmlawfirm.com |
| Roman B. Hirniak | on behalf of Interested Party Pedro Moreno rbh@kmhmlawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Towd Point Mortgage Trust 2015-6 by U.S. Bank National Association as Indenture Trustee ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Towd Point Mortgage Trust 2015-6 by U.S. Bank National Association as Indenture Trustee ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 22