| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP. <br> 1599 HAMBURG TURNPIKE WAYNE, NEW JERSEY 07470 <br> Carlos D. Martinez, Esq. <br> cmartinez@scura.com <br> Counsel for the Debtor | Order Filed on November 10, 2021 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> MICHAEL F. RUPPE <br><br> Debtor. | Case No.: 20-10544-JKS <br><br> Hearing Date: 11/04/2021 at 10AM <br><br> Judge: JKS <br><br> Chapter: 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

*[signature]*

Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: November 10, 2021**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Kotulak & Company, P.C | $7,155 | $0 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-10544-JKS
Michael F Ruppe  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Nov 10, 2021      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael F Ruppe, 460 Memorial Blvd., Apt. 8, Bayonne, NJ 07002-6097 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, PO Box 2031, Wayne, NJ 07470, 9 07474-2031 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alex Ryan Hess | on behalf of Creditor Pierce Building Assoc  LP ahess@arhlawgroup.com |
| Carlos D Martinez | on behalf of Debtor Michael F Ruppe cmartinez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;bramirez@scura.com;eflaim@scura.co |
| David L. Stevens | on behalf of Debtor Michael F Ruppe dstevens@scura.com ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scu |
| David L. Stevens | on behalf of Accountant Kotulak & Company  P.C. dstevens@scura.com, ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scur |

Case 20-10544-JKS    Doc 269    Filed 11/12/21    Entered 11/13/21 00:15:50    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdf903 | Total Noticed: 2 |

a.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scu

Denise E. Carlon
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
    on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Fran B. Steele
    on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Jamal J Romero
    on behalf of Debtor Michael F Ruppe jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com

Jill Manzo
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC bankruptcy@fskslaw.com

Jill Manzo
    on behalf of Creditor Community Lending Services LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@fskslaw.com

Kathleen M Magoon
    on behalf of Creditor WELLS FARGO BANK N.A. kmagoon@logs.com, kathleenmagoon@gmail.com

Laura M. Egerman
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkyecf@rasflaw.com
    bkyecf@rasflaw.com;legerman@rasnj.com

R. A. Lebron
    on behalf of Creditor Community Lending Services LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@fskslaw.com

Rebecca K. McDowell
    on behalf of Creditor Customers Bank rmcdowell@slgcollect.com

Roman B. Hirniak
    on behalf of Interested Party Kevin Lewthwaite rbh@kmhmlawfirm.com

Roman B. Hirniak
    on behalf of Interested Party Borough of Wharton Zoning and Housing Department rbh@kmhmlawfirm.com

Roman B. Hirniak
    on behalf of Creditor Borough of Wharton rbh@kmhmlawfirm.com

Roman B. Hirniak
    on behalf of Interested Party Pedro Moreno rbh@kmhmlawfirm.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor Towd Point Mortgage Trust 2015-6 by U.S. Bank National Association as Indenture Trustee
    ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Towd Point Mortgage Trust 2015-6 by U.S. Bank National Association as Indenture Trustee
    ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

TOTAL: 25