| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael F Ruppe <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7614 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–10544–JKS | |

## Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

Michael F Ruppe

<u>11/30/21</u>                                                          **By the court:**   <u>John K. Sherwood</u>
                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 20-10544-JKS

Michael F Ruppe     Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 6
Date Rcvd: Nov 30, 2021     Form ID: 3180RI     Total Noticed: 105

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael F Ruppe, 460 Memorial Blvd., Apt. 8, Bayonne, NJ 07002-6097 |
| aty | + | Ronald M. Tucker, 225 W. Washington St., Indianapolis, IN 46204-3435 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, PO Box 2031, Wayne, NJ 07470, 9 07474-2031 |
| cr | + | Customers Bank, c/o Saldutti Law Group, Rebecca K. McDowell, Esquire, 800 N Kings Highway, Suite 300 Cherry Hill, NJ 08034-1511 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| acc | + | Kotulak & Company, P.C., 1035 Route 46 East, Clifton, NJ 07013-2430 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| op | + | ROBERT SIVORI, GREEN LIGHT MANAGEMENT, 480 MCBRIDE AVENUE, PATERSON, NJ 07501-3213 |
| r | + | Robert Sivori, United Real Estate, 18-19 River Road, Suite B, Fair Lawn, NJ 07410-1202 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518659059 | + | 3-C Millwork, Attn: President / Vice President / C.E.O, Responsible Agent, 3363 Highway 301 N., Wilson, NC 27893-7990 |
| 518659062 | + | Amazing Lash Studio Headquaters, Attn: Franchise Leasing, 9383 E. Bahia Dr., Suite 110, Scottsdale, AZ 85260-1015 |
| 518659061 | + | Amazing Lash Studio Headquaters, Attn: President / Vice President / C.E.O, Responsibe Agent, 9383 E. Bahia Dr., Suite 110, Scottsdale, AZ 85260-1015 |
| 518659064 | + | Arnall Golden Gregory, LLP, Attn: John L. Neville, Esq., 171 17th Street, Suite 2100, Atlanta, GA 30363-1031 |
| 518659066 | | Bamboo HR, LLC, Attn: President / Vice President / C.E.O, Responsible Agent, 335 South 500 West, Lindon, UT 84042 |
| 518659067 | + | Barbara Franco, 230 Blackwell St., 2nd Fl., Dover, NJ 07801-3857 |
| 518659068 | + | Bellweather Properties of Massachusets, Limited Partnership, P.O. Box 77821, Chicago, IL 60677-0001 |
| 518659069 | + | Bellwether Properties, of Massachusetts Limited, M.S. Management Associates, Inc., 225 West Washington Street, Indianapolis, IN 46204-3435 |
| 518659070 | + | Bellwether Properties, of Massachusetts Limited Partnership, M.S. Management Associates, Inc., 225 West Washington Street, Indianapolis, IN 46204-3435 |
| 518659071 | + | Bill Iselin, Town of Dover, Housing & Zoning, 37 North Sussex Street, Dover, NJ 07801-3906 |
| 518659072 | + | BlueStreak, Attn: President / Vice President / C.E.O, Responsible Agent, 25001 Emery Rd., Suite 400, Cleveland, OH 44128-5627 |
| 518704030 | + | Bluestreak Consulting Onyx Creative, Carole Sandexson, 25001 Emery Rd #400, Cleveland, OH 44128-5627 |
| 518659074 | + | Brandon Figueroa, 81 Pine Street, 2nd Fl., Wharton, NJ 07885-1637 |
| 518659085 | | CSC Global, Attn: President / Vice President / C.E.O, Responsible Agent, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| 518659077 | + | Ceterus Financial, 804 Meeting St., Suite 101, Charleston, SC 29403-3150 |
| 518659080 | + | Chick Moreno & Kevin Lewthwaite, Borough of Wharton, Housing & Zoning, 10 Robert Street, Wharton, NJ 07885-1949 |
| 518659082 | + | Clayton Kendall, Attn: President / Vice President / C.E.O, Responsible Agent, 167 Dexter Dr., Monroeville, PA 15146-1034 |
| 518659084 | | Cole Owen, Office: 480.535.2310, Avertium LLC, P.O. Box 45756, Baltimore, MD 21297-5756 |
| 518659088 | + | Daniel Michels, GF55 Partners Architect, 19 W. 21st St., New York, NY 10010-6805 |
| 518659089 | + | David & Dora Garces, 81 Pine Street, 1st Floor, Wharton, NJ 07885-1637 |
| 518659090 | + | David Schwarzman, Chad Griller, ZVI Contrsuction, 131 Dummer St., Brookline, MA 02446-3628 |
| 518659092 | + | Equity Residential, Hudson Point Apartments, 131 Dudley Street, Jersey City, NJ 07302-4606 |
| 518659095 | + | FranFund, 505 Main St., Suite 200, Fort Worth, TX 76102-5468 |
| 518659098 | + | GF55 Partners Architect, Attn: President / Vice President / C.E.O, Responsible Agent, 19 W. 21st St., New York, NY 10010-6805 |
| 518659096 | + | Gables Residential - Arsenal Street, Attn: President / Vice President / C.E.O, Responsible Agent, 204 Arsenal Street, Watertown, MA 02472-2781 |
| 518770400 | + | Gables Residential - Arsenal Street Attn: Presiden, 204 Arsenal Street, Watertown, MA 02472-2781 |
| 518659099 | + | Heidy Medranda & Elvis Moreria, 56 Fern Ave., Wharton, NJ 07885-2229 |
| 518659100 | + | Home Depot Headquarters, 2455 Paces Ferry Rd., SE, Atlanta, GA 30339-6444 |
| 518659105 | + | JP Morgan Chase, Attn: President / Vice President / C.E.O, Responsible Agent, 202 Ridge Road, Lyndhurst, NJ 07071-1659 |
| 518731072 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

Case 20-10544-JKS    Doc 271    Filed 12/02/21    Entered 12/03/21 00:18:22    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Nov 30, 2021 | Form ID: 3180RI | Total Noticed: 105 |

| | | |
|---|---|---|
| 518659106 | + | Lizeth Coronado, 39 Celsius Web Marketing Consulting, 32605 Temecula Pkwy, Suite 212, Temecula, CA 92592-6839 |
| 518659107 | + | Local Search Masters, Attn: President / Vice President / C.E.O, Responsible Agent, 1037 Jefferson St., Nashville, TN 37208-2554 |
| 518659111 | | MH Tank CO., New York, Attn: President / Vice President / C.E.O, Responsible Agent, Warwick, NY 10990 |
| 518659109 | + | Maria Laiton & Dario Rodriguez, 230 W. Blackwell St., 1st Fl., Dover, NJ 07801-3857 |
| 518659110 | + | Massachusetts Department of Revenue, P.O. Box 7000, Boston, MA 02204-7000 |
| 518659112 | + | Mr. Cooper, Attn: President / Vice President / C.E.O, Responsible Agent, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518723524 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 518659113 | + | National Grid, Attn: President / Vice President / C.E.O, Responsible Agent, P.O. Box 11735, Newark, NJ 07101-4735 |
| 518668677 | + | Nationstar Mortgage LLC, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518659114 | + | New Jersey Natural Gas, 1415 Wyckoff Road, PO Box 1464, Belmar, NJ 07719-1464 |
| 518659115 | + | Over The Top Marketing, Attn: President / Vice President / C.E.O, Responsible Agent, 23522 El Toro Rd., Suite 204, Lake Forest, CA 92630-4763 |
| 518659116 | + | Paola Mella, Miguel Rodriguez &, Eriko Martinez, 84 Pequannock St., Dover, NJ 07801-3928 |
| 518659117 | + | Paris Ackerman, LLP, c/o Karen E. Abrams, Esq., 103 Eisenhower Parkway, Roseland, NJ 07068-1031 |
| 518659120 | + | Pierce Building Associates LP, 31 St. James Ave., Suite 1020, Boston, MA 02116-4116 |
| 518659118 | + | Pierce Building Associates LP, c/o Capital Properties Management, Inc., 31 St. James Ave., Suite 1020, Boston, MA 02116-4116 |
| 518659119 | + | Pierce Building Associates LP, Attn: Legal, c/o Capital Properties, 115 Broadway, New York, NY 10006-1604 |
| 518729587 | + | Pierce Building Associates, LP, c/o Capital Properties, 31 St. James Avenue, Suite 1020, Boston, MA 02116-4116 |
| 518659121 | + | Rich Durante & Tureka Mitchell, Tie National, 2280 White Oak Circle, Suite 108, Aurora, IL 60502-4802 |
| 518659122 | + | Ridge Construction Inc., Attn: President / Vice President / C.E.O, Responsible Agent, 280 Towne Center Dr., North Brunswick, NJ 08902-1230 |
| 518659123 | | Rogin Nassau LLC, Attn: Gregory C. Weaver, Esq., CityPlace I - 22nd Floor, Hartford, CT 06103 |
| 518659125 | + | Ruppe Group Holdings - Brookline MA-LLC, 75 Musiker Ave, Randolph, NJ 07869-4602 |
| 518659126 | + | Ruppe Group Holdings - Burlington MA-LLC, 1334 Beacon Street, Brookline, MA 02446-3201 |
| 518659127 | + | Salon Clouds, South Jersey Technology Park, 107 Gilbreth Pkwy., Mullica Hill, NJ 08062-4446 |
| 518659128 | + | Simon Moreira, Simon Heating & Cooling, 254 North Main Street, Wharton, NJ 07885-1611 |
| 518689223 | + | Simon Property Group, L.P., Attn: Ronald M. Tucker, Esq., 225 West Washington Street, Indianapolis, IN 46204-3438 |
| 518935615 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518659130 | | State Farm Insurance - Home, Attn: President / Vice President / C.E.O, Responsible Agent, P.O. Box 588002, North Metro, GA 30029-8002 |
| 518659132 | + | Stephen Vaporis & Molly Bach, 9 Baker Ave., Wharton, NJ 07885-2106 |
| 518659133 | + | Susan Lischinsky, Wellness and Vitality Exchange, 2400 W. Union Hills Drive, Suite 150, Phoenix, AZ 85027-5193 |
| 518659135 | + | Tamkin & Hochberg, LLP, Attn: Johnathan D. Tamkin, Esq., 313 Washington Street, Suite 202, Newton, MA 02458-1666 |
| 518659136 | + | Teddy Velez, 180 Randolph Street, Apt. C, Passaic, NJ 07055-2643 |
| 518659137 | + | The Patch, Legal Department, 134 W. 29th St., 11th Fl., New York, NY 10001-5304 |
| 518659138 | + | Town of Dover NJ - Sewer, 37 N. Sussex Street, Dover, NJ 07801-4099 |
| 518659139 | + | Town of Dover NJ - Water, 37 N. Sussex Street, Dover, NJ 07801-4099 |
| 518659140 | + | WellBiz Brands Headquarters, Attn: President / Vice President / C.E.O, Responsible Agent, 9780 Meridian Blvd., Suite 400, Englewood, CO 80112-6072 |
| 518659142 | + | Wells Fargo Home Mor, Attn: President / Vice President / C.E.O, Responsible Agent, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 518659143 | + | Wells Fargo Home Mor, Attn: Pres, Responsible Agent, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 518770398 | + | Westgate Resorts, Central Florida Investments, Inc. Corpor, 5601 Windhover Drive, Orlando, FL 32819-7905 |
| 518659148 | | Wharton Borough - Sewer, 11 Robert St., Wharton, NJ 07885 |
| 518659149 | | Wharton Borough - Water, 11 Robert St., Wharton, NJ 07885 |
| 518659150 | + | WorldPay Intergrated Payments, 150 Mercury Village Drive, Durango, CO 81301-8955 |
| 518659151 | + | ZipWhip, Attn: President / Vice President / C.E.O, Responsible Agent, 300 Elliott Ave., W., Suite 500, Seattle, WA 98119-4114 |

TOTAL: 82

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: IRS.COM | Dec 01 2021 01:33:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 30 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 30 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: RASEBN@raslg.com | Nov 30 2021 20:31:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

Case 20-10544-JKS    Doc 271    Filed 12/02/21    Entered 12/03/21 00:18:22    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0312-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Nov 30, 2021 | Form ID: 3180RI | Total Noticed: 105 |

| | | | |
|---|---|---|---|
| 518774893 | + EDI: LCIBAYLN | Dec 01 2021 01:33:00 | BAYVIEW LOAN SERVICING, LLC, 4425 PONCE DE LEON BLVD, 5TH FLOOR, BK DEPT, CORAL GABLES, FL 33146-1873 |
| 518714167 | + Email/Text: cmartin@simon.com | Nov 30 2021 20:31:00 | Bellwether Properties of Massachusetts Limited Par, c/o Simon Property Group, 225 West Washington Street, Indianapolis, IN 46204-3435 |
| 518659076 | + EDI: CAPITALONE.COM | Dec 01 2021 01:33:00 | Capital One, AttnPresident / Vice President / C.E.O, Responsible Agent, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518659075 | + EDI: CAPITALONE.COM | Dec 01 2021 01:33:00 | Capital One, Attn: President / Vice President / C.E.O, Responsible Agent, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518715416 | + EDI: AIS.COM | Dec 01 2021 01:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518659081 | + EDI: CITICORP.COM | Dec 01 2021 01:33:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518990607 | + EDI: LCIBAYLN | Dec 01 2021 01:33:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518659087 | + Email/Text: collections@customersbank.com | Nov 30 2021 20:31:00 | Customers Bank, 99 Bridge St., Phoenixville, PA 19460-3411 |
| 518659086 | + Email/Text: collections@customersbank.com | Nov 30 2021 20:31:00 | Customers Bank, Attn: President / Vice President / C.E.O, Responsible Agent, 99 Bridge St., Phoenixville, PA 19460-3411 |
| 518659078 | EDI: JPMORGANCHASE | Dec 01 2021 01:28:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518659079 | EDI: JPMORGANCHASE | Dec 01 2021 01:28:00 | Chase Mortgage, Attn: President / Vice President / C.E.O, Responsible Agent, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 518731072 | + Email/Text: RASEBN@raslg.com | Nov 30 2021 20:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518721379 | + Email/Text: apbankruptcy@nationalgrid.com | Nov 30 2021 20:31:00 | National Grid, 300 Erie Blvd. W, Syracuse, NY 13202-4250 |
| 518668677 | + Email/Text: RASEBN@raslg.com | Nov 30 2021 20:31:00 | Nationstar Mortgage LLC, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518659131 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 30 2021 20:31:00 | State of New Jersey Division of Taxation, Compliance & Enforcement - Compliance, 50 Barrack Street, 9th Floor, Trenton, NJ 08695 |
| 518659129 | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Nov 30 2021 20:31:00 | State Farm Insurance - Auto, Attn: President / Vice President / C.E.O, Responsible Agent, PO Box 588002, North Metro, GA 30029-8002 |
| 518693971 | + EDI: WFFC.COM | Dec 01 2021 01:33:00 | Towd Point Mortgage Trust 2015-6 by U.S. Bank, c/o Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 518659141 | + EDI: WFFC.COM | Dec 01 2021 01:33:00 | Wells Fargo Bank, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |
| 518746502 | + EDI: WFFC.COM | Dec 01 2021 01:33:00 | Wells Fargo Bank, N.A., Attention: Payment Processing, MAC# F2302-04C, 1 Home Campus, Des Moines IA 50328-0001 |
| 518682848 | + EDI: WFFC.COM | Dec 01 2021 01:33:00 | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

Case 20-10544-JKS    Doc 271    Filed 12/02/21    Entered 12/03/21 00:18:22    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Nov 30, 2021 | Form ID: 3180RI | Total Noticed: 105 |

| | | | | |
|---|---|---|---|---|
| 518682761 | + EDI: WFFC.COM | | Dec 01 2021 01:33:00 | Wells Fargo Bank, N.A., Attn: Default Document Processing, 1000 Blue Gentian Road, MAC# N9286-01Y, Eagan, MN 55121-1663 |
| 518659147 | + EDI: WFFC.COM | | Dec 01 2021 01:33:00 | Wells Fargo Home Mortgage, Attn: President / Vice President / C.E.O, Responsible Agent, P.O. Box 10437, Des Moines, IA 50306-0437 |
| 518770398 | + Email/Text: bankruptcy_notices@wgresorts.com | | Nov 30 2021 20:31:00 | Westgate Resorts, Central Florida Investments, Inc. Corpor, 5601 Windhover Drive, Orlando, FL 32819-7905 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518659060 | | 39 Celsius Web Marketing Consulting, Attn: President / Vice President / C.E.O, Responsible Agent, 32605 Temecula Pkwy., Suite 212 |
| 518659103 | | JCP&L - Electric |
| 518659124 | | Ruppe Group Development, Inc. |
| 518659063 | *+ | Amazing Lash Studio Headquaters, Attn: Franchise Leasing, 9383 E. Bahia Dr., Suite 110, Scottsdale, AZ 85260-1015 |
| 518659065 | *+ | Arnall Golden Gregory, LLP, Attn: John L. Neville, Esq., 171 17th Street, Suite 2100, Atlanta, GA 30363-1031 |
| 518659073 | *+ | BlueStreak, Attn: President / Vice President / C.E.O, Responsible Agent, 25001 Emery Rd., Suite 400, Cleveland, OH 44128-5627 |
| 518659083 | *+ | Clayton Kendall, Attn: President / Vice President / C.E.O, Responsible Agent, 167 Dexter Dr., Monroeville, PA 15146-1034 |
| 518990608 | *+ | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518659091 | *+ | David Schwarzman, Chad Griller, ZVI Contrsuction, 131 Dummer St., Brookline, MA 02446-3628 |
| 518659093 | *+ | Equity Residential, Hudson Point Apartments, 131 Dudley Street, Jersey City, NJ 07302-4606 |
| 518770399 | *+ | Equity Residential, Hudson Point Apartments, 131 Dudley Street, Jersey City, NJ 07302-4606 |
| 518659097 | *+ | Gables Residential - Arsenal Street, Attn: President / Vice President / C.E.O, Responsible Agent, 204 Arsenal Street, Watertown, MA 02472-2781 |
| 518659102 | *+ | Internal Revenue Servuce, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518729588 | *+ | Pierce Building Associates, LP, c/o Capital Properties, 31 St. James Avenue, Suite 1020, Boston, MA 02116-4116 |
| 518935616 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518935730 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518935731 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518939185 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518939186 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518659134 | *+ | Susan Lischinsky, Wellness and Vitality Exchange, 2400 W. Union Hills Drive, Suite 150, Phoenix, AZ 85027-5193 |
| 518721401 | *+ | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 518659144 | * | Wells Fargo Home Mor, Attn: President / Vice President / C.E.O, Responsible Agent, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 518659145 | * | Wells Fargo Home Mor, Attn: President / Vice President / C.E.O, Responsible Agent, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 518659146 | * | Wells Fargo Home Mor, Attn: President / Vice President / C.E.O, Responsible Agent, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 518659094 | ##+ | Fanny Rosas & Jose Rosas Huerta, 82 Pequannock St., Dover, NJ 07801-3928 |
| 518659101 | ##+ | Huan Zou, 131 Dudley Street, Apt. 102, Jersey City, NJ 07302-4657 |
| 518659104 | ##+ | John Eppig, 10 Huff Street, Wharton, NJ 07885-2305 |
| 518659108 | ##+ | Lou Munguia & Kristen Tompkins, 12 Hufft Street, Wharton, NJ 07885-2305 |

TOTAL: 3 Undeliverable, 21 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Nov 30, 2021 | Form ID: 3180RI | Total Noticed: 105 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

**Name**           **Email Address**

Alex Ryan Hess
    on behalf of Creditor Pierce Building Assoc  LP ahess@arhlawgroup.com

Carlos D Martinez
    on behalf of Debtor Michael F Ruppe cmartinez@scura.com
    ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;bramirez@scura.com;eflaim@scura.co

David L. Stevens
    on behalf of Debtor Michael F Ruppe dstevens@scura.com
    ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064

David L. Stevens
    on behalf of Accountant Kotulak & Company  P.C. dstevens@scura.com,
    ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064

Denise E. Carlon
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
    on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Fran B. Steele
    on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Jamal J Romero
    on behalf of Debtor Michael F Ruppe jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com

Jill Manzo
    on behalf of Creditor Community Lending Services  LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@fskslaw.com

Jill Manzo
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bankruptcy@fskslaw.com

Kathleen M Magoon
    on behalf of Creditor WELLS FARGO BANK  N.A. kmagoon@logs.com, kathleenmagoon@gmail.com

Laura M. Egerman
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkyecf@rasflaw.com
    bkyecf@rasflaw.com;legerman@rasnj.com

R. A. Lebron
    on behalf of Creditor Community Lending Services  LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@fskslaw.com

Rebecca K. McDowell
    on behalf of Creditor Customers Bank rmcdowell@slgcollect.com

Roman B. Hirniak
    on behalf of Interested Party Pedro Moreno rbh@kmhmlawfirm.com

Roman B. Hirniak
    on behalf of Interested Party Kevin Lewthwaite rbh@kmhmlawfirm.com

Roman B. Hirniak
    on behalf of Interested Party Borough of Wharton Zoning and Housing Department rbh@kmhmlawfirm.com

Roman B. Hirniak
    on behalf of Creditor Borough of Wharton rbh@kmhmlawfirm.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Nov 30, 2021 | Form ID: 3180RI | Total Noticed: 105 |

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers
on behalf of Creditor Towd Point Mortgage Trust 2015-6  by U.S. Bank National Association as Indenture Trustee ecf@powerskirn.com

William M.E. Powers
on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
on behalf of Creditor Towd Point Mortgage Trust 2015-6  by U.S. Bank National Association as Indenture Trustee ecf@powerskirn.com

William M.E. Powers, III
on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 25